# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| RAYSHELL M HILL<br>5329 FOREST PARK LANE<br>NEW ORLEANS LA 70131 | 10-10308<br>Chapter 13<br>Section A |

## TRUSTEE'S MOTION TO DISMISS CASE and NOTICE OF HEARING

NOW INTO COURT comes S.J. Beaulieu, Jr., Chapter 13 Trustee, who prays that this case be dismissed for the following reason or reasons:

CONFIRMATION WAS DENIED.

NOTICE IS HEREBY GIVEN that any party opposing this motion must file an objection or response with the office of the Clerk of Court, with service to the Chapter 13 Trustee, by 12:00 p.m. no later than seven days before the scheduled hearing. If an objection is timely filed and served, a hearing on the motion shall be held on:

August 10, 2010 at 9:00 a.m.

at the United States Bankruptcy Court, 500 Poydras Street, Room B-709, New Orleans, Louisiana.

Attorney for debtor:

MARY M TAYLOR
PONTCHARTRAIN LAW CENTER
3525 N CAUSEWAY BLVD STE 708
METAIRIE LA 70002

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

- 61 -

### CERTIFICATE OF SERVICE

I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail, prepaid, upon the debtor.

06/25/2010    by: /s/